UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA BAKER,

    Plaintiff,

v.                              Case No: 2:13-cv-838-FtM-38CM

PFIZER INC.,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on review of the file. On January 23, 2014, the Court denied Plaintiff's Motion to Substitute Party and Amend Complaint without prejudice on the grounds that it was not clear whether Mrs. Baker's estate had entered into probate such that a probate court had in fact appointed her husband, Abraham Baker, as personal representative. (Doc. #15). Since that time, there has been no further indication in this case that a proper plaintiff will in fact be substituted in this case for Sandra Baker, who is now deceased. The Court is inclined to administratively close this file due to the fact that there is not a proper plaintiff at this time. Thus, the Plaintiff is directed to inform the Court as to the status of the substitution.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Plaintiff shall have up to and including **February 26, 2014**, to inform the Court whether it will be seeking to substitute the Plaintiff.  If further time is needed for substitution, the Plaintiff should indicate this in the notice.  If the Court does not receive a response, the Court will administratively close the file without further notice.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record